# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.: 22CR2951-W |
|---|---|
| Plaintiff, | |
| v. | ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING |
| PATRICIA LAURICE LAWLER, | |
| Defendant | |

**IT IS HEREBY ORDERED** that the Joint Motion to Continue the Motion Hearing to **October 30, 2023, at 9:00 a.m.** is granted.

**IT IS FURTHER ORDERED** that time is excluded in the interests of justice. (See 18 U.S.C. § 3161(h)(1)(G).).

**SO ORDERED.**

Dated: 9/6/23

Hon. Thomas J. Whelan
United States District Judge

1