UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **United States Of America,**<br><br>　　　　Plaintiff,<br><br>v.<br><br>**Patricia Laurice Lawler,**<br><br>　　　　Defendant. | CASE NO.: 22-cr-2951-W<br><br>Hon. Thomas J. Whelan<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE STATUS HEARING** |

**IT IS HEREBY ORDERED** that the Joint Motion to Continue Status Hearing currently set for November 27, 2023, at 10:00 a.m. be continued to January 22, 2024, at 9:00 a.m. It is further ordered that the time between November 27, 2023, and January 22, 2024, is excluded in the interests of justice under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A).

**SO ORDERED.**

Dated: 11/21/23

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**Honorable Thomas J. Whelan**
　　　　　　　　　　　　　　　　　　　　United States District Judge